LILLIAN A. BURTON, Respondent, *v.* W. BURTON & Co. and Others, Appellants.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on the 2d day of December, 1914, upon the verdict of a jury, and from an order entered on the 24th day of December, 1914, denying a motion for a new trial.

PER CURIAM: We think that the finding of the jury that there was a delivery of this stock by the defendant Burton to the plaintiff was

against the weight of evidence. The judgment and order are, therefore, reversed and a new trial ordered, with costs to appellants to abide event. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Laughlin and Scott, JJ., dissented and voted for affirmance. Judgment and order reversed and new trial ordered, with costs to appellants to abide event.